**FILED  
CLERK**  
4/11/2018 4:03 pm  
**U.S. DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
---------------------------------------------------------X  
RONA ROSEMOND ANSAH,

        Plaintiff,

  -against-                                  **ORDER**  
                                                16-CV-3910 (JMA) (ARL)  
ATLANTIC ADMISSIONS LLC,

        Defendant.  
---------------------------------------------------------X

**AZRACK, District Judge:**

On July 1, 2016, pro se plaintiff Rona Rosemond Ansah commenced this action against Atlantic Admissions LLC.

On June 23, 2017, counsel for defendant filed a letter requesting a promotion conference concerning a motion to dismiss. Plaintiff never responded to the letter. On July 12, 2017, this Court issued an Order setting forth a briefing schedule for the motion. Defendant's opening brief was due by August 4, 2017, plaintiff's opposition was due by September 1, 2017, and defendant's reply and the fully briefed motion was to be filed by September 22, 2017. A copy of the Order was mailed to the plaintiff.

Plaintiff never served an opposition to the motion and defendants filed the unopposed motion on September 22, 2017.

On February 5, 2018, this Court issued an Order directing plaintiff to either: (1) file her opposition to defendant's motion to dismiss, or (2) indicate by letter to the Court that she does not wish to file an opposition but still intends to prosecute this lawsuit. A response was due by February 23, 2018. Plaintiff was warned that failure to comply could result in dismissal of the

case for failure to prosecute. A copy was mailed to plaintiff at her address listed on the docket sheet. Plaintiff never responded to the Order.

On March 20, 2018, this Court issued a second Order directing plaintiff either: (1) file her opposition to defendant's motion to dismiss, or (2) indicate by letter to the Court that she does not wish to file an opposition but still intends to prosecute this lawsuit. A response was due by April 6, 2018. Plaintiff was again warned that failure to comply could result in dismissal of the case for failure to prosecute. A copy was mailed to plaintiff at her address listed on the docket sheet. To date, nothing has been filed by the plaintiff.

Rule 41(b) provides, "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). The Second Circuit considers five principal factors when reviewing a district court's order of dismissal for failure to prosecute:

> (1) the duration of the plaintiff's failures, (2) whether plaintiff had received notice that further delays would result in dismissal, (3) whether defendant is likely to be prejudiced by further delay, (4) whether the district judge has taken care to strike the balance between alleviating the court calendar congestion and protecting the party's right to due process and a fair chance to be heard, and (5) whether the judge has adequately assessed the efficacy of lesser sanctions.

Shannon v. Gen. Elec. Co., 186 F.3d 186, 193–94 (2d Cir. 1999) (quoting Nita v. Conn. Dep't of Envtl. Prot., 16 F.3d 482, 485 (2d Cir. 1994)). Generally, no single factor is dispositive. Id. at 194.

Plaintiff has failed to oppose to the motion to dismiss and the Court's Orders. The Court warned plaintiff that failure to respond could result in the dismissal of the case. Plaintiff's failure to comply with the Court's Order constitutes grounds for dismissal. Accordingly, plaintiff's complaint is dismissed, and the Clerk of Court is directed to close this case.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this Order to the plaintiff.

**SO ORDERED.**

Dated: April 11, 2018
Central Islip, New York

                                                           /s/ JMA
                                        JOAN M. AZRACK
                                        UNITED STATES DISTRICT JUDGE